UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 14 2005


CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-40143 |
| Plaintiff, | **INDICTMENT** |
| vs. | Embezzlement From a Labor Oranization |
| DAVID PIRRUNG, | 29 U.S.C. § 501(c) |
| Defendant. | |

The Grand Jury charges:

Beginning on or about January 1, 2003, and continuing through November 5, 2003, in the District of South Dakota, David Pirrung, while an officer, that is, business agent/secretary-treasurer of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO, Local Union No. 1, Sioux Falls, South Dakota, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and the use of another the monies, funds, securities, property, and other assets of said labor organization in the approximate amount of $3,100, all in violation of 29 U.S.C. § 501(c).

A TRUE BILL:

Foreperson

MICHELLE G. TAPKEN
United States Attorney

By: