UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID PIRRUNG,

Defendant.

CR05-40143

FACTUAL BASIS STATEMENT

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

From on or about January 1, 2003 and continuing to November 5, 2003, David Pirrung was an officer of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO, Local Union No. 1. Between that referenced time period, Mr. Pirrung did embezzle or steal $3,137.12 from Local Union No. 1 by issuing unauthorized checks, making unauthorized electronic withdrawals or converting cash dues to his own personal use. Mr. Pirrung admitted to investigators when confronted to converting all of the aforementioned funds to his own personal use and that he did not have the approval of the Labor Organization to do so. Local Union No. 1 is a labor organization engaged in an industry affecting commerce.

Mr. Pirrung did not report the disbursements to himself nor the electronic withdrawals from the Union's checking account, as is required by its constitution, the by-laws of the labor organization, and the United States Code. This affirmative act of concealment was the failure to list the disbursements on the monthly list of paid bills which was submitted to the membership at its monthly meetings and approved by them at that time.

STEVEN K. MULLINS
UNITED STATES ATTORNEY

3-13-06
Date

Thomas J. Wright
Assistant United States Attorney
P.O. Box 3303
Sioux Falls, SD 57101-3303
(605) 330-4401, ext. 106

3/20/06
Date

David Pirrung, Defendant

3/20/06
Date

Patrick M. Schroeder
Attorney for Defendant